IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY LEE MILLS                                                    PETITIONER
ADC # 101074

V.                       CASE NO. 5:18-CV-239-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 3rd day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE